M. P. No. 288. Carol Carroccio v. Onofrio Carroccio. Motion of respondent for visitation rights denied. *A. William Gelfuso*, for appellee. *Onofrio Carroccio*, appellant, pro se.

M. P. No. 303. Edward Lantini v. Malcom L. Daniels, Harold C. Thomas and Anthony A. Tribelli. Motion for leave to file petition for writ of certiorari granted. *Beals, Sweeney & Jerue. David F. Sweeney*, for petitioner. *Peter Palombo, Jr.*, City Solicitor, for respondents.

M. P. No. 315. Matter of Vincent Brown. Motions for appointment of specific counsel and for appointment other than Public Defender denied without prejudice. *Vincent Brown*, appellant, pro se.

M. P. No. 316. Annette Principe v. Antonio Principe. Motion for leave to file petition for writ of certiorari granted. *Kirshenbaum & Kishenbaum*, for appellee. *Abedon & Abedon, Herbert J. Abedon*, for appellant.

M. P. No. 319. State of Rhode Island v. John F. Plaskett. Motion for leave to join in petition for writ of certiorari filed by Robert N. Johnson in M. P. No. 320 denied. *Herbert F. DeSimone*, Attorney General, for appellee. *Edwin H. Hastings*, for appellant.

M. P. Nos. 319, 320, 322. State of Rhode Island v. Philip Lerner. Motion for leave to join in petition for writ of certiorari filed by Robert N. Johnson in M. P. No. 320 denied. *Herbert F. DeSimone*, Attorney General, for appellee. *William J. McGair*, for appellant.

M. P. No. 320. State of Rhode Island v. Robert N. Johnson. Motion for leave to file petition for writ of certiorari denied. *Herbert F. DeSimone*, Attorney General, *Richard J. Israel*, Assistant Attorney General, for appellee. *Edwin. H. Hastings*, for appellant.

M. P. No. 322. State of Rhode Island v. Alan Woolf. Motion for leave to file petition for writ of certiorari denied. *Her-*

bert F. DeSimone, Attorney General, for appellee. Adelson & Chernick, Melvin A. Chernick, for appellant.

M. P. No. 324. KENNETH PATRICK BRADY v. HAROLD V. LANGLOIS. Motion for leave to file petition for habeas corpus granted and case consolidated with case of Walker v. Langlois, M. P. No. 311, for hearing on the merits. Kenneth Patrick Brady, petitioner, pro se. Herbert F. DeSimone, Attorney General, for respondent.

January 25, 1968.

M. P. No. 66. PASCO DeCESARE et al. v. BOARD OF ELECTIONS, et al. Subsequent to the filing of the briefs and oral argument in this court, our examination of the record gives rise to a question apparently not considered and certainly not raised by the parties. That question is whether the members of the board of canvassers, acting in their official capacity, and/or Thomas Ryan, purportedly elected to fill an alleged vacancy in the town committee by the remaining members who were committee members elect until organized pursuant to the applicable statute, are persons aggrieved in a contested case within the meaning of G. L. 1956, §42-35-15, as amended, so as to give their appeals standing in the superior court.

We consider this question, raised sua sponte, to be of such over-riding importance as to call for the filing of briefs and oral argument.

The parties are therefore directed to file briefs on this point, and orally argue the same in this court on March 6, 1968.

Pursuant thereto, the petitioner for certiorari shall file his brief in the office of the clerk of this court on or before February 19, 1968, and the respondents shall file their reply briefs on or before March 4, 1968. Robet S. Ciresi, Attorney for Board of Canvassers, William G. Gilroy, Michael A. Abatuno, for plaintiffs. Aram A. Arabian, John Notte III, for defendants.